[No. 28826-1-I.   Division One.   December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ANTHONY CONDON, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 90-1-01112-1, Daniel T. Kershner, J., entered
July 15, 1991. *Affirmed* by unpublished opinion per Coleman,

J., concurred in by Pekelis, A.C.J., and Scholfield, J. Now published at 72 Wn. App. 638.